**NORTHWESTERN MUTUAL LIFE INSURANCE CO., Plaintiff–Counter–Defendant Appellee,**

v.

**Patrick GIL, Admin Est of Andrew M. Kissel & Hayley W. Kissel a/k/a Hayley B. Wolff, Defendant–Appellant**

**Hayley Kissel, Defendant–Counter–Claimant–Appellant.**

Nos. 09–0948–cv, 09–0959–cv.

United States Court of Appeals, Second Circuit.

Nov. 3, 2009.

Gary S. Klein (Brian A. Daley on the brief), Sandak Hennessey & Greco LLP, Stamford, CT; Jeremy Dworkin, Jeremy Dworkin Law Office, South Londonderry, VT, for Appellant.

Patrick R. Gil, pro se, Orlovitz & Gil, Greenwich, CT.

Michael A. Valerio (Jeffrey L. Williams, John C. Pitblado on the brief), Jorden Burt LLP, Simsbury, CT, for Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, and AMALYA L. KEARSE, Circuit Judge and PAUL G. GARDEPHE,* District Judge.

## SUMMARY ORDER

Patrick Gil (as administrator of Andrew Kissel's estate) and Hayley Kissel appeal from a judgment of the District Court for the District of Connecticut (Bryant, *J.*) that granted summary judgment to Northwestern Mutual Life Insurance (plaintiff, counter-defendant, appellee) both on its claim of rescission, and, as defendant, on Ms. Kissel's counterclaims of breach of contract, bad faith, negligence, and breach of fiduciary duty. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We affirm for substantially the reasons stated in the district court's opinion. *See Northwestern Mut. Life Ins. Co. v. Gil,* 07–cv–00303, 2009 WL 276086, 2009 U.S. Dist. LEXIS 8608 (D.Conn. Feb. 5, 2009).

Finding no merit in Kissel and Gil's arguments, we hereby **AFFIRM** the judgment of the district court.

---

* Paul G. Gardephe, Judge of the United States District Court for the Southern District of New York, sitting by designation.